**FILED**
CLERK, U.S. DISTRICT COURT
06/04/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___jgu___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. **8:20-cr-00063-JLS** |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 371: Conspiracy to Commit Wire Fraud] |
| WALTER THOMAS FINLEY, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 371]

A.  INTRODUCTORY ALLEGATIONS

At times relevant to this Information:

1. Defendant WALTER THOMAS FINLEY was an attorney licensed in Texas.

2. Michael Edgar Cone, also known as ("aka") "Brian Gwinn," "Brian Kipp," and "Brian Douglas" ("Cone"), offered and sold investments through his entities that he controlled and operated in the Dallas, Texas area, namely, Greenview Investment Partners ("GIP") and Greenfield & Wright, LLC ("G&W").

3. Defendant FINLEY held himself out as the outside counsel for GIP and G&W.

4. GIP was an entity that purportedly used investor money to make high-interest-rate loans to companies in the legal cannabis business, such as dispensaries and cannabis growers.

B. OBJECT OF THE CONSPIRACY

5. Beginning on an unknown date and continuing through in or about March 2018, in Orange County, within the Central District of California, and elsewhere, defendant FINLEY, together with others known and unknown, conspired to knowingly and intentionally commit wire fraud, in violation of Title 18, United States Code, Section 1343.

C. MANNER AND MEANS OF THE CONSPIRACY

6. The object of the conspiracy was accomplished, and to be accomplished, in substance, as follows:

   a. Beginning on an unknown date and continuing through approximately March 2018, defendant FINLEY, Cone, and co-conspirators known and unknown, knowingly and with the intent to defraud, devised, participated in, and executed a scheme to defraud and obtain money from investors by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

   b. Through false and fraudulent statements and written materials, Cone attempted to induce and did induce investors to invest in a purported cannabis development program that he managed through GIP (the "GIP investment scheme").

   c. In fact, the GIP investment scheme was fraudulent, and Cone used money from "investors" for his own personal expenses.

        d.    Defendant FINLEY approved the content of GIP's web site and investor prospectus, as well GIP's public filings with the United States Securities and Exchange Commission ("SEC"), which defendant FINLEY knew contained false statements.

        e.    For his role in the conspiracy, defendant FINLEY was paid approximately $382,525.

D.    <u>OVERT ACT</u>

    7.    On or about August 16, 2017, in furtherance of the conspiracy and to accomplish its object, in order to hide Michael Cone's true name and identity from investors, defendant FINLEY signed and caused to be submitted to the SEC a form containing a Notice of Exempt Offering of Securities (the "Form D"), which falsely stated that GIP's Executive Officer was "Brian Gwinn."

NICOLA T. HANNA
United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

JENNIFER WAIER
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

BENJAMIN D. LICHTMAN
Assistant United States Attorney
Santa Ana Branch Office